AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| BRETT GOODMAN <br><br> *Plaintiff(s)* <br><br> v. <br><br> OREGON HEALTH AUTHORITY, OREGON STATE HOSPITAL, and ROBERT PETERSON, in his individual and official capacity, JERRY D. FRAMPTON, in his individual and official capacity, JOSEPH R. PICKERING, in his individual and official capacity, DALE O. JONES, JR., in his individual and official capacity, and MICHAEL J. SWEET, in his individual and official capacity, <br><br> *Defendant(s)* | Civil Action No. 6:21-cv-01265-AA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* OREGON STATE HOSPITAL
2600 Center St. NE
Salem, OR 97301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ERIOUS JOHNSON, JR., OSB #130574
HARMON JOHNSON LLC
E-mail: Ejohnson.HJLLC@gmail.com
University Station Executive Suites 698 12th
St. SE, Suite 240, Rm. 4 Salem, OR 97301
(503)991-8545

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date: **08/25/2021**

By: **s/J. Wall, Deputy Clerk**